UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:23-cv-00983-PGB-DCI

HOWARD COHAN,

    Plaintiff,

vs.

LEE VISTA BBQ, LLC
a Florida Limited Liability Company
d/b/a SONNY'S REAL PIT BAR-B-Q

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, LEE VISTA BBQ, LLC, a Florida Limited Liability Company, d/b/a SONNY'S REAL PIT BAR-B-Q, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against LEE VISTA BBQ, LLC, a Florida Limited Liability Company, d/b/a SONNY'S REAL PIT BAR-B-Q; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED August 30, 2023.

| By: **/s/ Gregory S. Sconzo** | By: **/s/ Kelsey N. Ortiz** |
|---|---|
| Gregory S. Sconzo, Esq. | KRISTYNE E. KENNEDY, Esq. |
| Fla. Bar No. 0105553 | **LEAD COUNSEL** |
| SCONZO LAW OFFICE, P.A. | Florida Bar No.: 0194700 |
| 3825 PGA Boulevard, Suite 207 | KELSEY N. ORTIZ, Esq. |
| Palm Beach Gardens, FL 33410 | Florida Bar No.: 1010647 |

| | |
|---|---|
| Email: greg@sconzolawoffice.com | COLE, SCOTT & KISSANE, P.A. |
| Email: samantha@sconzolawoffice.com | Tower Place, Suite 400 |
|  | 1900 Summit Tower Boulevard |
| Email: alexa@sconzolawoffice.com | Orlando, Florida 32810 |
| Phone: (561) 729-0940 | Email: Kristyne.Kennedy@csklegal.com |
| Facsimile: (561) 491-9459 | Email: Kelsey.Ortiz@csklegal.com |
| Attorney for Plaintiff | Secondary Email: Celia.Cates@csklegal.com |
|  | Telephone: (321) 972-0028 |
|  | Facsimile: (321) 972-0099 |
|  | Attorneys for Defendant |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 30, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    **/s/ Gregory S. Sconzo**
    **Gregory S. Sconzo, Esq.**

2